*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided November 24, 2008

## SCOTT LEWIS *v.* CHRISTOPHER SLACK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 110 Conn. App. 641 (AC 29262), is denied.

*Scott Lewis,* pro se, in support of the petition.

Decided November 24, 2008

## MICHEL MORAN *v.* RICKY A. MORNEAU

The defendant's petition for certification for appeal from the Appellate Court, 100 Conn. App. 169 (AC 27435), is denied.

*Ricky A. Morneau,* pro se, in support of the petition.

Decided December 3, 2008

## LAMONT THERGOOD *v.* COMMISSIONER OF CORRECTION

The petitioner Lamont Thergood's petition for certification for appeal from the Appellate Court, 109 Conn. App. 710 (AC 28005), is denied.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided December 3, 2008